■ RANSOM P. REYNOLDS, JR., Appellant, v AMERICAN MOTORISTS INSURANCE COMPANY, Respondent. — Appeal from an order of the Supreme Court at Special Term (Lee, Jr., J.), entered August 29, 1983 in Chemung County, which, *inter alia,* granted defendant's motion for summary judgment dismissing the complaint. ¶ Order affirmed, with costs, upon the opinion of Justice David F. Lee, Jr., at Special Term. Kane, J. P., Main, Weiss, Mikoll and Levine, JJ., concur.